IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Seoul Semiconductor Co. Ltd, *et al.* | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:26−cv−06154 |
| | § | |
| Planar Systems, Inc., | § | |
| Defendant. | § | |

**PATENT CASE SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

| | **Joint Proposal** | **Event** |
|---|---|---|
| 0 | **October 21, 2026** | **Scheduling Conference** |
| 1 | **November 4, 2026** | **PRELIMINARY INFRINGEMENT CONTENTIONS**<br>Comply with P.R. 3-1 and P.R. 3-2. After this date, it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7.<br>**JOIN ADDITIONAL PARTIES OR ADD NEW PATENTS AND/OR CLAIMS**<br>It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court. |

| | Joint Proposal | Event |
|---|---|---|
| 2 | **January 27, 2027** | **PRELIMINARY INVALIDITY CONTENTIONS**<br>Comply with P.R. 3-3 and 3-4. *After this date,* it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R. 3-7.<br>**INEQUITABLE CONDUCT ALLEGATIONS**<br>Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations. |
| 3 | **February 10, 2027** | **EXCHANGE PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**<br>Comply with P.R. 4-1. |
| 4 | **March 3, 2027** | **EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br>Comply with P.R. 4-2. |
| 5 | **March 31, 2027** | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br>Comply with P.R. 4-3. |
| 6 | **March 31, 2027** | **AMEND PLEADINGS**<br>It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. |
| 7 | **April 28, 2027** | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES**<br>*See* P.R. 4-4. |
| 8 | **May 5, 2027** | **TECHNOLOGY TUTORIAL DEADLINE**<br>Provide Court with technology tutorials (optional). |
| 9 | **May 19, 2027** | **OPENING CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(1). |
| 10 | **June 2, 2027** | **RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(2). |

| | Joint Proposal | Event |
|---|---|---|
| 11 | **June 9, 2027** | **REPLY CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(3). |
| 12 | **July 7, 2027** | **JOINT CLAIM CONSTRUCTION CHART**<br>Comply with P.R. 4-5(b) and (c). |
| 13 | **Approx. July 14, 2027** | **CLAIM CONSTRUCTION (*MARKMAN*) HEARING**<br>at ____________ at the United States District Court, Courtroom ________, ______________________, Texas. |
| 14 | **August 25, 2027** | **Court's Decision on Claim Construction** (*Markman* Ruling)<br>***(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)*** |
| 15 | **September 22, 2027** | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS**<br>**NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 16 | **September 29, 2027** | **PRIVILEGE LOGS/WILLFULNESS**<br>Comply with P.R.3-8<br>All parties furnish privilege logs by this date. |
| 17 | **October 6, 2027** | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS**.<br>**NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 18 | **November 10, 2027** | **COMPLETION OF FACT DISCOVERY**<br>Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |

| | Joint Proposal | Event |
|---|---|---|
| 19 | **November 23, 2027** | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES**<br>Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |
| 20 | **December 22, 2027** | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS**<br>Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | **January 19, 2028** | **COMPLETION OF EXPERT DISCOVERY** |
| 22 | **February 16, 2028** | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
| 23 | **May 22, 2028** | **JOINT PRETRIAL ORDER AND MOTION IN *LIMINE* DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 24 | **June 5, 2028** | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE**<br>at the United States District Court, Courtroom ______, ____________________, Texas. |
| 25 | **MEDIATION is REQUIRED prior to Docket Call**, | **MEDIATION TO BE COMPLETED BY THIS DATE**<br>The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| | | **JURY SELECTION AND TRIAL** commence, subject to Court's criminal docket |

SIGNED at _______________, Texas, this _______ day of ________________________, 202__.

CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE